## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK T. HAZELTON and | ) | CHAPTER 12 |
| SARAH R. HAZELTON | ) | |
| | ) | |
| Debtors | ) | Case No. 19-01537 RNO |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the 2ND Amended Chapter 12 Plan to the above-captioned matter upon the persons and in the manner set forth below:

William G. Schwab, Esquire (VIA ECF)
811 Blakeslee Blvd Drive East
PO Box 56
Lehighton, PA 18235

Daniel J Dugan Esquire (VIA ECF)
Attorney for Spector Gadon Rosen Vinci PC
ddugan@lawsfr.com, nabrams@lawsgr.com

Angela Sheffler Abreu (VIA ECF)
On behalf of Northwest Bank
AAbreu@nwbcorp.com

David A Scott (VIA ECF)
on behalf of CNH Industrial Capital, LLC
scott@lg-law.com

James Warmbrodt (VIA ECF)
On behalf Farm Service Agency, U.S.
Dept of Agriculture
bkgroup@kmllawgroup.com

Ally Auto
PO Box 9001951
Louisville, KY 40290-1951

Bank of America
PO Box 982238
El Paso, TX 79998

Chase
PO Box 15298
Wilmington, DE 19850

CNH Productivity
PO Box 780004
Phoenix, AZ 85062-8004

Community Lifeteam, Inc
White Rose Ambulance Services
54 N Harrison Street
York, PA 17403-1224

Geisenger Holy Spirit
PO Box 983034
Boston, MA 02298-3034

H. Rockwell Son, Inc.
430 Troy Street
PO Box 197
Canton, PA 17724

| | |
|---|---|
| Jackson Sieglebaum Gastro<br>PO Box 45755<br>Baltimore, MD 21297-5755 | John Deere Financial<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Joseph Orso<br>339 Market Street<br>Williamsport, PA 17701 | Keystone Collects<br>PO Box 549<br>Irwin, PA 15642-0549 |
| PA Depart of Revenue<br>Bankruptcy Department<br>PO Box 280946<br>Harrisburg, PA 17128 | Paul Jackson<br>8367 Old State Road<br>Troy, PA 16947 |
| USDA-NRCS<br>50 Plaza Lane<br>Wellsboro, PA 16901 | West Shore Anesthesia , LTD<br>PO Box 947<br>Chambersburg, PA 17201-0947 |
| WOC Energy<br>44 Reuter Blvd.<br>Towanda, PA 18848 | Mark & Sarah Hazelton<br>339 Seymour Hill Road<br>Mansfield, PA 16933 |

Respectfully Requested,

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Debtors
Attorney I.D. No. 38505
107 W Main Street
Ephrata, PA 17522
717-733-6607

Date:   June 5, 2020